Argued and submitted February 22, sentences vacated; remanded for
resentencing; otherwise affirmed May 3, 2006

STATE OF OREGON,
*Respondent,*

*v.*

TERRANCE CHRISTOPHER WALSTON,
*Appellant.*

C031921CR; A123519

134 P3d 1114

David C. Degner, Deputy Public Defender, argued the
cause for appellant. With him on the brief were Peter A.
Ozanne, Executive Director, and Peter Gartlan, Chief
Defender, Legal Services Division, Office of Public Defense
Services.

Douglas F. Zier, Assistant Attorney General, argued the
cause for respondent. With him on the brief were Hardy
Myers, Attorney General, and Mary H. Williams, Solicitor
General.

Before Landau, Presiding Judge, and Brewer, Chief
Judge, and Ortega, Judge.*

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise
affirmed. *State v. Tarkington,* 205 Or App 473, 134 P3d
1104 (2006).

---

* Ortega, J., *vice* Ceniceros, S. J.